TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH J. PRECUP
Assistant U.S. Attorney
State Bar No. 034335
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.precup@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR25-01354 TUC-AMM(MSA) |
|---|---|
| Plaintiff, | MOTION TO SEAL INDICTMENT |
| vs. | |
| Cody Likens, | (UNDER SEAL) |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court for an order sealing the Indictment, this Motion to Seal, and the Order to Seal herein for the reason that the defendant is a fugitive. The Indictment, this Motion to Seal and the Order to Seal are to remain sealed until further order of this Court.

Respectfully submitted this 4th day of March, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Sarah Precup*

SARAH J. PRECUP
Assistant U.S. Attorney