# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Cody Christian Likens,<br><br>Defendant. | No. CR-25-01354-001-TUC-AMM (MSA)<br><br>**ORDER** |

Before the Court are Defendant Cody Christian Likens's "Emergency Motion for In-Camera Review and Limited Disclosure of Sealed Materials Underlying 'Fugitive' Designation; and for Arrest/Execution Record Reconciliation" (Doc. 62) and "Emergency Motion to Lodge Exhibits D-F Under Seal" (Doc. 63). Briefly, the Government initiated this case by filing a motion to seal the indictment on the ground that Defendant was a fugitive, and the Court granted the motion. (Docs. 1, 2.) Defendant asserts that at no point was he a fugitive. He thus seeks to know the Government's basis for making that assertion, as well as the basis for sealing and "continue[d] sealing" of the indictment. He also seeks an order identifying the agency and officers who executed the federal arrest warrant.

The motions will be denied. At the outset, Defendant is wrong that this case continues to be sealed. It was unsealed following his initial appearance on April 8, 2025. (Doc. 9 ("Thereafter, counsel for the Government moves to unseal this case. SO ORDERED.").) Every document is publicly viewable, save for several that are sealed pursuant to Court policy (e.g., a financial affidavit, the unredacted indictment). The

| | |
|---|---|
| 1 | publicly viewable indictment is identical to the sealed one, except that the former redacts |
| 2 | the grand jury foreperson's and prosecutor's signatures. (Doc. 3.) |
| 3 | More generally, the issue raised in Defendant's motions has nothing to do with his |
| 4 | criminal charges or his pending motion to suppress, and Defendant has not cited any |
| 5 | authority specifically authorizing this type of inquiry. Indeed, it is unclear what goal would |
| 6 | be achieved if the Court were to grant the requested relief. Given the foregoing, |
| 7 | **IT IS ORDERED** that Defendant's sealed emergency motions (Docs. 62, 63) are |
| 8 | **denied**. This Order shall be filed publicly. |
| 9 | Dated this 19th day of December, 2025. |

*Maria S. Aguilera*
Honorable Maria S. Aguilera
United States Magistrate Judge