TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH J. PRECUP
AUSTIN L. FENWICK
Assistant U.S. Attorneys
Arizona State Bar No. 034335
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.precup@usdoj.gov
austin.fenwick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Cody Christian Likens,<br><br>   Defendant. | CR No. 25-CR-01354-AMM-MSA<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING "EMERGENCY MOTIONS" |

On January 2, 2026, Defendant Cody Christian Likens filed objections (Doc. 71) to the Magistrate Judge's December 19, 2025 order (Doc. 65) denying his sealed "emergency motions" (Docs. 62, 63). The District Court should affirm the order below.

As the Magistrate Judge correctly noted, the case and indictment were unsealed at the time of the defendant's initial appearance, (Doc. 9). As far as the United States can tell, the only entries on the docket that appear to still be sealed are sealed in compliance with court policy—for example, the defendant's own financial affidavit and the unredacted version of the indictment. Again, as the Magistrate Judge explained, "the publicly viewable indictment is identical to the sealed one, except that the former redacts the grand jury foreperson's and prosecutor's signatures." (Doc. 3.) There is no basis for the defendant to receive an unredacted copy of the indictment identifying the grand jury foreperson by name, and the defendant has identified none. The fact that a warrant issued for the

defendant's arrest at the time of indictment is also irrelevant to both his criminal charges and the motion to suppress pending before the court.

Docket numbers 4 and 5 are not visible on the docket for the United States. The United States therefore defers to the Court as to the defendant's request for the Court to provide information about those sealed entries and whether unsealing is appropriate.

Respectfully submitted this 16th day of January, 2026.

TIMOTHY C. COURCHAINE
United States Attorney
District of Arizona

*s/Sarah J. Precup*
*s/Austin L. Fenwick*

SARAH J. PRECUP
AUSTIN L. FENWICK
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 16th day of January, 2026, to:

All CM/ECF participants.