**CODY CHRISTIAN LIKENS**
10065 N. Alder Spring Dr.
Oro Valley, 85737
520-425-7415
codylikens1@gmail.com
**Defendant, Pro Se**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, | Case No. CR25-01354-TUC-AMM(MSA) |
| v. | **EXHIBITS A- G** |
| Cody Christian Likens Defendant | |

## DEFENDANT'S CONSOLIDATED EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO CLARIFY ARRESTING AGENCY, RECONCILE WARRANT RETURN, AND CORRECT THE RECORD

The following exhibits are submitted in support of Defendant's Motion to Clarify Arresting Agency, Reconcile Warrant Return, and Correct the Record Regarding the Improper "Fugitive" Predicate. These exhibits are offered solely to assist the Court in clarifying record inconsistencies, identifying execution authority, and preventing further procedural prejudice.

# EXHIBIT INDEX

**Exhibit A** — Misdemeanor Redesignation Order

Certified court record reflecting redesignation of the predicate offense from felony to misdemeanor (effective January 2022).

**Exhibit B** — State Court Docket Entry Reflecting Defendant's Presence in Court on March 5, 2025

Official docket record demonstrating Defendant's contemporaneous presence in court.

**Exhibit C** — State Case Dismissal for Lack of Probable Cause (October 4, 2024)

Dismissal entry reflecting "NO PC," CR24-012989-FE12.

**Exhibit D** — Federal Docket Entry No. 1

Motion to Seal / Fugitive Designation.

**Exhibit E** — Federal Docket Entry No. 7

Arrest Warrant issued in this matter.

**Exhibit F** — NCIC / ACIC Records and Query Logs

Records reflecting NCIC and ACIC entries and pulls during the relevant period.

**Exhibit G** — Defendant's Notice of Due Diligence

Docket No. 74.

Respectfully submitted,

DATED: January 16th, 2026

/s/ **Cody Christian Likens**

**Cody Christian Likens**

Defendant, Pro Se