# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Cody Christian Likens,<br><br>    Defendant. | No.     CR-25-01354-001-TUC-AMM (MSA)<br><br>**ORDER** |

Pending before the Court is self-represented Defendant Cody Christian Likens' "Motion for Leave to File Truncated Supplemental Objections and Supplemental Exhibits." (Doc. 88.) Defendant seeks a twenty-four-hour extension to file his supplemental objections. (*Id.* at 2.)

Accordingly,

**IT IS ORDERED** that Defendant's "Motion for Leave to File Truncated Supplemental Objections and Supplemental Exhibits" is **GRANTED**. (Doc. 88.)

**IT IS FURTHER ORDERED** that Defendant's Proposed Supplemental Objections lodged in the Court's docket at Document 89 shall be filed.

**IT IS FURTHER ORDERED** that the Government shall have up to and including **January 29, 2026** to file its response to the supplemental objections. No replies are permitted absent leave of the Court.

Dated this 26th day of January, 2026.

Honorable Angela M. Martinez
United States District Judge